

Andrew J. Marino
Associate

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4683 Fax: 973-639-6332
amarino@gibbonslaw.com

April 29, 2024

**VIA ECF**

Magistrate Judge Cheryl L. Pollak, U.S.M.J.
United States District Court for the
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Orrico v. Nordic Naturals, Inc.*
              No. 1:22-cv-03195 (NRM)(CLP)

Dear Judge Pollak:

      This Firm represents Defendant Nordic Naturals, Inc. in the above-referenced matter. Together with Plaintiff's counsel, we submit the attached proposed Protective Order. Paragraph 3 of the proposed Protective Order has been amended in accordance with the Court's April 29, 2024 Order. If the Court is agreeable, we respectfully ask that the attached stipulated order be entered.

      We thank Your Honor for your attention to this matter.

                                      Respectfully submitted,

                                      */s/ Andrew J. Marino*

                                      Andrew J. Marino

cc:      All counsel of record