

Caroline E. Oks
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4575 Fax: 973-639-8317
coks@gibbonslaw.com

May 8, 2025

**VIA ECF**

Magistrate Judge Cheryl L. Pollak, U.S.M.J.
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    *Orrico v. Nordic Naturals, Inc.*
              **No. 1:22-cv-03195 (NRM)(CLP)**

Dear Judge Pollak:

      This Firm represents Defendant Nordic Naturals, Inc. in the above-referenced matter. We write jointly with counsel for Plaintiff Natalie Orrico to provide the Court with dates for the parties' depositions in accordance with the May 2, 2025 text order.

      Defendant will conduct the deposition of Plaintiff by virtual means on June 2, 2025.

      Plaintiff will conduct the fact witness deposition of Abas Shah virtually on June 19, 2025 and of Jim Planet virtually on June 24, 2025. The foregoing witnesses' availability are subject to change based on Plaintiff's anticipated Rule 30(b)(6) deposition notice, which Plaintiff's counsel advises will be served shortly.

      In addition, in accordance with the representation made by Plaintiff's counsel during the status conference on May 1, 2025, Plaintiff's counsel has requested the input of Defendant regarding the potential narrowing of Plaintiff's previously-served subpoenas on Defendant's suppliers. The parties continue to meet and confer on this issue.

      We thank Your Honor for your attention to this matter.

                                                          Respectfully submitted,

                                                           */s/ Caroline E. Oks*

                                                           Caroline E. Oks

cc:      All counsel of record