

Luis Cardona
900 West Morgan Street
Raleigh, North Carolina 27603
P: 516.862.0194
lcardona@brysonpllc.com

**Via Email**

Andrew James Marino - amarino@fbtgibbons.com
Christina LaBruno - clabruno@fbtgibbons.com
Michael R McDonald - mmcdonald@fbtgibbons.com
Caroline E Oks - coks@fbtgibbons.com
FBT Gibbons LLP
One Gateway Center
Newark, NJ 07102

**Re: Orrico v. Nordic Naturals, Inc., Docket No. 1:22-cv-03195 (NRM)(CLP)**

      Pursuant to the Court's Scheduling Order (ECF No. 66) and Federal Rules of Civil Procedure 26, Plaintiff Natalie Orrico, individually and on behalf of all others similarly situated ("Plaintiff") disclose the following retained expert witnesses for class certification:

J. Michael Dennis, Ph.D.
274 Redwood Shores Parkway, #529
Redwood City, CA 94065

Augustus Urschel
805 15th St., N.W. • Suite 510
Washington, DC 20005

      Messrs. Dennis's and Urschel's opinions; the basis and reasons for their opinions, are attached in the Expert Reports attached hereto as Exhibits A and B in the file share link that will be provided. The attached Expert Reports are offered in support of Plaintiffs' Motion for Class Certification and do not represent their final opinion in this matter. Additionally, merits discovery has not closed. Messrs. Dennis and Urschel reserve the right to supplement their reports and to expand or modify their opinions based on review of materials as it becomes available and will offer their final reports as required by the Court's Scheduling Order.

      Respectfully,

      Luis Cardona