

# Sultzer & Lipari

May 22, 2026

**VIA ECF**

Honorable Nina R. Morrison, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Brooklyn, New York 11201

**Re: Orrico v. Nordic Naturals, Inc., Docket No. 1:22-cv-03195 (NRM)(PCG)**

Your Honor:

We write on Plaintiff's behalf to respond to the ECF Text Orders from May 6, 2026 and May 8, 2026 regarding a briefing schedule for Plaintiff's Motion for Class Certification.

Per the Orders, the parties engaged in multiple meet and confers regarding a briefing schedule for the class certification motion. While it is my understanding that both parties are in agreement with the dates below for the class certification motion, the parties were unable to agree on language for a joint letter as Defendant insists upon including language about a briefing schedule for their motion for summary judgment, which we feel is improper given that they have already filed a pre-motion letter on that issue and we intend to timely respond on May 26. As such, Plaintiff submits the following proposal:

| Event | Date |
|---|---|
| Plaintiff to file Motion for Class Certification | 60 days from issuance of a Scheduling Order |
| Defendant to File Memorandum in Opposition to Class Certification | 45 days after Plaintiff's motion is due |
| Plaintiff to File Reply Memorandum in Support of Motion for Class Certification | 21 days after Defendant's opposition is due |
| Hearing on Motion | To be scheduled by Court Order |

We thank the Court for its attention to this matter.

Respectfully submitted,

**SULTZER & LIPARI, PLLC**

Daniel Markowitz, Esq.

cc: All counsel of record (via ECF)