**Caroline E. Oks**
Partner
+1 973.596.4575 (t)
+1 973.639.8317 (f)
coks@fbtgibbons.com



May 22, 2026

**VIA ECF**

Honorable Peggy Cross-Goldenberg, U.S.M.J.
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:** *Orrico v. Nordic Naturals, Inc.*, No. 1:22-cv-03195-NRM-PCG

Dear Judge Cross-Goldenberg:

  On behalf of Defendant Nordic Naturals, Inc. ("Defendant"), we write in response to the Court's May 8, 2026 text order, to propose a briefing schedule for Plaintiff's anticipated motion for class certification and Defendant's proposed motion for summary judgment as to the individual plaintiff, for which Defendant has filed a pre-motion conference letter (ECF No. 76).[1]

  Defendant met and conferred with Plaintiff regarding the proposed schedule below several times, and Plaintiff indicated that she agreed to the below dates for the briefing of the motion for class certification only (*i.e.*, 60 days for moving briefs, 60 days for opposition, and 21 days for replies). However, minutes before the filing of this letter, Plaintiff filed her own separate letter that indicates a different briefing schedule than what was previously agreed to between the parties, misrepresents the parties' agreement, and without notice to Defendant of same.

  Defendant proposes the following deadlines:

- July 31, 2026 – Plaintiff's deadline to file Motion for Class Certification; Defendant's deadline to file Motion for Summary Judgment, subject to the Court's decision on the pre-motion letter (ECF No. 76)

- September 29, 2026 – Defendant's Opposition to Motion for Class Certification, including any responsive expert reports; Plaintiff's Opposition to Motion for Summary Judgment

---

[1] Plaintiff's response to the pre-motion letter is due on May 26, 2026. *See* May 6, 2026 text order.

Hon. Peggy Cross-Goldenberg, U.S.M.J.
May 22, 2026

- October 20, 2026 – Plaintiff's Reply in further support of Class Certification; Defendant's Reply in further support of Motion for Summary Judgment

- Within thirty (30) days following the earlier of the Court's decision on the Motion for Class Certification or the Motion for Summary Judgment, the Court will schedule a status conference.

Defendant submits that judicial economy warrants that the summary judgment motion be briefed concurrently with class certification.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Caroline E. Oks*

Caroline E. Oks

cc:     All counsel of record (via ECF)