

**Caroline E. Oks**
Partner
+1 973.596.4575 (t)
+1 973.639.8317 (f)
coks@fbtgibbons.com

July 9, 2026

**VIA ECF**

Honorable Peggy Cross-Goldenberg, U.S.M.J.
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    *Orrico v. Nordic Naturals, Inc.*, **No. 1:22-cv-03195-NRM-PCG**

Dear Judge Cross-Goldenberg:

      This firm represents defendant Nordic Naturals, Inc. ("Defendant"). We write on behalf of both Parties to inform the Court that the Parties have agreed to mediation before the Honorable Douglas E. Arpert (Ret.) on August 13, 2026. Under the current briefing schedule for Plaintiff's anticipated motion for class certification, Plaintiff is scheduled to file her motion on July 29. The Parties agree that mediation may obviate the need for Plaintiff's motion, and that mediation will be best facilitated if the Parties are not simultaneously engaged in legal briefing. Accordingly, the Parties respectfully request that the Court stay the current briefing schedules and all case deadlines pending the outcome of mediation. We propose that the Parties file a status report within 21 days of mediation updating the Court as to its outcome. Attached to this letter is a stipulation to that effect. We respectfully request that the Court enter the stipulation on the docket.

      We thank the Court for its attention to this matter.

                        Respectfully submitted,

                        */s/ Caroline E. Oks*
                        Caroline E. Oks

cc:     All counsel of record (via ECF)